AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RUBEN MENA,

Plaintiff,

v.

RON DESANTIS, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-136

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

the Court dismisses without prejudice Plaintiff's Complaint, in accordance with the Court's March 13, 2024 Order. This civil action stands closed.

Approved by: _____

Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

March 14, 2024.
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020